IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| QUINT L. EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-153 |
| | ) | |
| SHERIFF RICHARD ROUNDTREE; | ) | |
| WARDEN CHARLES SAMUELS; and | ) | |
| CHARLES B. WEBSTER DETENTION | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 16.) Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may be granted, and because Plaintiff fails to state a claim, the Court also **DENIES** the "Motion for Immunity/Awards," (doc. no. 18). Finally, the Court **CLOSES** this civil action.

SO ORDERED this 16th day of April, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA