IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

QUINT L. EVANS,

    Plaintiff,

    v.                            CV 120-153

SHERIFF RICHARD ROUNDTREE;
WARDEN CHARLES SAMUELS; and
CHARLES B. WEBSTER DETENTION
CENTER,

    Defendants.

**O R D E R**

Before the Court is Plaintiff's "Petition for Case Records" (Doc. 26) and "Application to Proceed in District Court Without Prepaying Fees or Costs," (Doc. 27) which the Court construes as a motion for leave to appeal *in forma pauperis* ("IFP"). For the reasons stated below, both motions are **DENIED**.

**I. PETITION FOR CASE RECORDS**

Plaintiff requests case records, under the "Freedom of Information Act 5 U.S.C.S. § 552 as plaintiff representing himself without an attorney." (Doc. 26, at 1.) Plaintiff asserts he "earnestly believes valid issues exist in his case which provides the basis for appeal" and "to be properly informed and prepared to

appeal . . . plaintiff needs a copy of: . . . original complaint, docket entries, objections filed." (Id. at 2.) In support, he states he is a detainee, pauper, and without sufficient funds to pay the cost of case records. (Id.)

Plaintiff is not entitled to free copies of Court records. See Jackson v. Ajibade, No. CV 311-020, 2011 WL 3468373, at *1 n.1 (S.D. Ga. Aug. 8, 2011) (citing Wanninger v. Davenport, 697 F.2d 992, 994 (11th Cir. 1983) ("A prisoner's right of access to the court does not include the right of free unlimited access to a photocopying machine . . . .")). Plaintiff may purchase copies of any Court record directly from the Clerk of Court for $0.50 per page. Therefore, this motion is **DENIED**.

## II. MOTION FOR LEAVE TO APPEAL IFP

Pursuant to Federal Rule of Appellate Procedure 24(a)(3), "A party who was permitted to proceed [IFP] in the district-court action . . . may proceed on appeal [IFP] without further authorization . . . ." But this prior authorization rule is restricted when the district court "certifies that the appeal is not taken in good faith," the district court "finds that the party is not otherwise entitled to proceed [IFP]," or "a statute provides otherwise." FED. R. APP. P. 24(a)(3).

An appeal is not taken in good faith if it seeks to advance a frivolous claim or argument. See Coppedge v. United States, 369

2

U.S. 438, 445 (1962). An action is frivolous "if it is without arguable merit either in law or fact." Napier v. Preslicka, 314 F.3d 528, 531 (11th Cir. 2002) (internal quotations and citations omitted).

Here, the Court overruled Plaintiff's objections and adopted the Magistrate Judge's Report and Recommendation ("R&R) which determined Plaintiff's claims should be dismissed for numerous reasons. (See Apr. 16, 2021 Order, Doc. 19.) The R&R stated: (1) Mr. Evans has not exhausted state court remedies, (2) under the Younger Doctrine this Court cannot interfere with his ongoing state prosecution, (3) the Detention Center is not subject to liability in a § 1983 suit, (4) all official capacity claims against Sheriff Roundtree are barred under the Eleventh Amendment, and (5) liability cannot be imposed simply by the virtue of a supervisory position. (See Magistrate Judge's R&R, Doc. 10.) The R&R thoroughly outlined that Plaintiff's claims were to be dismissed for failure to state a claim upon which relief may be granted. Based on the thorough analysis conducted by the Magistrate Judge in his R&R and adopted by this Court in its April 16, 2021 Order, the Court cannot now discern any non-frivolous issues Plaintiff could raise on appeal; thus, this appeal has not been taken in good faith.

## III. CONCLUSION

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's "Petition for Case Records" (Doc. 26) and "Application to Proceed in District Court Without Prepaying Fees or Costs" (Doc. 27) are **DENIED**. The Clerk is **DIRECTED** to **TRANSMIT** this Order to the Eleventh Circuit Court of Appeals.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of June, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA