IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

QUINT L. EVANS, )
)
)
    Plaintiffs-Appellee, )
)
vs. ) Case No. CV 120-153
)
) Appeal No. 21-11652-E
)
SHERIFF RICHARD ROUNDTREE, et al., )
)
    Defendants-Appellants. )

O R D E R

The order in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 20th day of September, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA